HINES NUT COMPANY, Appellant,

v.

DENVER–ALBUQUERQUE MOTOR TRANSPORT, INC., Appellee.

No. 19621.

United States Court of Appeals
Fifth Circuit.

Nov. 28, 1962.

Emil Corenbleth, Arnold N. Sweet, Dallas, Tex., for appellant.

J. Carlisle DeHay, Jr., Leachman, Gardere, Akin & Porter, Dallas, Tex., for appellee.

Before TUTTLE, Chief Judge, and WISDOM and GEWIN, Circuit Judges.

PER CURIAM.

The question of liability in this case depended on the time and circumstances of delivery to the appellant. These were fact issues which were resolved by the jury.

The judgment is therefore

Affirmed.

BROIDA, STONE & THOMAS, INC., a corporation, Appellant,

v.

UNITED STATES of America, Appellee.

No. 8730.

United States Court of Appeals
Fourth Circuit.

Argued Nov. 8, 1962.

Decided Nov. 9, 1962.

Charles P. Mead, Wheeling, W. Va. (Russell B. Goodwin, Thomas A. Good-win, and Goodwin, Mead & Goodwin, Wheeling, W. Va., on brief), for appellant.

William A. Friedlander, ·Atty., Dept. of Justice (Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson and Harry Marselli, Attys., Dept. of Justice, and Robert E. Maxwell, U. S. Atty., on brief), for appellee.

Before SOBELOFF, Chief Judge, BRYAN, Circuit Judge, and BUTZNER, District Judge.

PER CURIAM.

Affirmed on the opinion of the District Court. 204 F.Supp. 841.